**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Thomas J. Carter, Plaintiff<br><br>v.<br><br>Siemens Business Services, Debra Barrett, Bruce York and Don Olney, Defendants | Case Number:<br><br>FILED: AUGUST 4, 2008<br>08CV4396<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE KEYS<br>JH |

A SPECIAL AND LIMITED APPEARANCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(5) and 12(b)(6) IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DON OLNEY

| |
|---|
| NAME (Type or print)<br>John J. Michels Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ John J. Michels Jr. |
| FIRM<br>McGuireWoods LLP |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278877 | TELEPHONE NUMBER<br>(312) 849-8100 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   YES |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   YES |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL              APPOINTED COUNSEL |