**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 CV 4396

Thomas J. Carter, Plaintiff

v.

Siemens Business Services, Debra Bennett, Bruce York and Don Olney, Defendants

A SPECIAL AND LIMITED APPEARANCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(5) and 12(b)(6) IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

DON OLNEY

| | |
|---|---|
| NAME (Type or print) <br> Dionne R. Hayden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Dionne R. Hayden | |
| FIRM: <br> McGuireWoods LLP | |
| STREET ADDRESS: <br> 77 West Wacker Drive | |
| CITY/STATE/ZIP: <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286361 | TELEPHONE NUMBER <br> (312) 849=8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"):  NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"):  NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"):  NO | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                          APPOINTED COUNSEL | |