**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | |
|---|---|
| **THOMAS J. CARTER,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>**SIEMENS BUSINESS SERVICES,**   )<br>**DEBRA BARRETT, BRUCE YORK**   )<br>**and DON OLNEY,**   )<br>   )<br>   Defendants.   )<br>   ) | Civil Action No. 1:08-cv-4396<br><br>Honorable Amy J. St. Eve |

### NOTICE OF MOTION

TO:  Daniel S. Gradows
  2239 West 35th Street
  Chicago, IL 60609
  *Counsel for Plaintiff*

On Wednesday, August 20, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Don Olney, shall appear before the Honorable Judge Amy J. St. Eve or any Judge sitting in her stead in the courtroom usually occupied by her, at the Everett McKinley Dirksen Federal Building, 219 South Dearborn, Room 1241, Chicago, Illinois, 60604 and shall present Don Olney's *Motion to Dismiss Plaintiff's Complaint.*

2

Dated: August 11, 2008 Respectfully submitted,

**DON OLNEY**

By: s/ John J. Michels, Jr.
     One of His Attorneys

John J. Michels, Jr.
Dionne R. Hayden
Jeannil Boji
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 (facsimile)

2

## CERTIFICATE OF SERVICE

I, John J. Michels, Jr., an attorney, hereby certify that on this 11th day of August, 2008, I electronically filed the foregoing ***Notice of Motion*** with the Clerk of Court using the ECF system. Notification of this filing will be served on the following person through U.S. mail:

>Daniel S. Gradows
>2239 West 35th Street
>Chicago, IL 60609
>*Counsel for Plaintiff*

s/ John J. Michels, Jr.
John J. Michels, Jr.

\6481052.1