IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-4396 |
| | ) |
| SIEMENS BUSINESS SERVICES, | ) |
| DEBRA BARRETT, BRUCE YORK | ) Honorable Amy J. St. Eve |
| and DON OLNEY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT DON OLNEY'S INITIAL STATUS REPORT**

Defendant, Don Olney ("Defendant or "Olney"), by and through his attorneys, respectfully submits this Initial Status Report. Counsel for Defendant made several attempts (by telephone and faxed letter) to contact Counsel for Plaintiff, Thomas J. Carter, but to date has been unsuccessful in reaching him. Therefore, Defendant submits this Initial Status Report on only his behalf.

**I.    Nature of the Case**

   A.    Attorneys of Record

*For the Defendant Don Olney:*

   John J. Michels, Jr.
   Dionne R. Hayden
   MCGUIRE WOODS LLP
   77 West Wacker Drive
   41st Floor
   Chicago, Illinois 60601
   (312) 849-8100

1

\6487938.1

*For the Plaintiff Thomas J. Carter*:

>Daniel S. Gradows
>2239 West 35th Street
>Chicago, IL 60609
>(630) 561-3851 (not in service)

>B.      Basis for Federal Jurisdiction

The basis for federal jurisdiction in this case is 28 U.S.C. § 1332. On August 4, 2008, Olney removed this matter from the Circuit Court of Cook County, Illinois, to this Court on the basis of diversity jurisdiction. Complete diversity of jurisdiction exists between the parties because Plaintiff does not share citizenship of any one state with any of the Defendants. In addition, Plaintiff meets the amount in controversy requirement because Plaintiff alleges over $1,900,000 in damages.

>C.      Nature of the Claims

Plaintiff brings claims against Olney for defamation of character and retaliatory discharge.

>D.      Major Legal and Factual Issues

Plaintiff's claims are not viable for several reasons. First, the summons expired before Olney received it, and therefore, Olney was not properly served. Second, this Court lacks personal jurisdiction over Olney because he does not have a sufficient level of contacts with Illinois. Finally, Plaintiff has failed to state a claim upon which relief can be granted because his defamation claim is barred by the applicable statute of limitations and his retaliatory discharge claim is preempted by the Illinois Human Rights Act and can not be brought against Olney, his former supervisor, individually.

>E.      Relief Sought by Plaintiff

Plaintiff requests compensatory and exemplary damages and specifically claims over $1,900,000 in total monetary damages.

**II.     Pending Motions and Case Plan**

>A.      All Pending Motions

On August 11, 2008, Defendant filed a Motion to Dismiss Plaintiff's Complaint which is currently pending before the Court.

\6487938.1

   B.  Proposed Discovery Plan

On August 11, 2008, Defendant filed a Motion to Dismiss Plaintiff's Complaint which is currently pending before the Court. Defendant's motion is potentially dispositive of all claims. Therefore, in the interest of saving judicial resources and those of the parties, Defendant requests that the Court stay discovery until the Court rules on Defendant's motion to dismiss.

   C.  Trial

Plaintiff did not request a jury trial in this case. Defendant believes a trial on this matter will last 2-3 days. If this case survives the pending motion to dismiss or other dispositive motion, Defendant expects the case would be ready for trial 4-5 months after the dispositive motion due date.

**III. Consent to Proceed Before a Magistrate Judge**

Defendant does not consent to this case proceeding before a Magistrate Judge.

**IV. Status of Settlement Discussions**

The parties have not engaged in any settlement discussions and do not request a settlement conference at this time.

Dated: August 15, 2008        Respectfully submitted,

                   **DON OLNEY**

                   By: s/ John J. Michels, Jr.
                      One of His Attorneys

John J. Michels, Jr.
Dionne R. Hayden
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 (facsimile)

\6487938.1

**CERTIFICATE OF SERVICE**

I, John J. Michels, Jr., an attorney, hereby certify that on this 15th day of August, 2008, I electronically filed the foregoing *Defendant Don Olney's Initial Status Report* with the Clerk of Court using the ECF system. Notification of this filing will be served on the following person through U.S. mail:

> Daniel S. Gradows
> 2239 West 35th Street
> Chicago, IL 60609
> *Counsel for Plaintiff*

s/ John J. Michels, Jr.
John J. Michels, Jr.

\6487938.1