UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Thomas J. Carter
         Plaintiff,

v.                Case No.: 1:08−cv−04396
                Honorable Amy J. St. Eve

Siemens Business Services, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

  MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 8/20/2008. Plaintiff's oral motion to dismiss without prejudice is granted. Defendant's motion to dismiss [8] is denied as moot without prejudice. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.